### Marion S. HARGER, Appellant,

v.

### STATE of Missouri, Respondent.

### No. 60353.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 30, 1992.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

#### ORDER

PER CURIAM.

Defendant appeals a conviction for forcible rape and forcible sodomy for which he was originally sentenced to two consecutive terms of twenty-five years' imprisonment. This court remanded the case to the circuit court on February 13, 1991, for resentencing. *See State v. Harger,* 804 S.W.2d 35 (Mo.App.1991). Defendant was resentenced to consecutive terms of twenty-five years' imprisonment pursuant to this mandate.

Defendant contends: the trial court "failed to consider [defendant's] reputation

and lack of prior convictions in arriving at the length of sentence in that a presentence investigation and other evidence was presented showing that [defendant] should have received concurrent rather than consecutive sentences"; the trial court "failed to comply with the intent of the court of appeals when it issued its mandate remanding the case for resentencing"; and the circuit judge "showed bias and prejudice against [defendant] at the resentencing." We find the trial court did not abuse its discretion in imposing consecutive sentences. *Dorsey v. State*, 761 S.W.2d 676, 677 (Mo.App.1988); *State v. Tilley*, 569 S.W.2d 346, 350 (Mo.App.1978).

No jurisprudential purpose would be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25.